```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA

                                    PROCEEDING UNDER CHAPTER 13
                                    CASE NO.:  13-11914-BKC-AJC
IN RE:

ERICK MANUEL CASTILLO

ANA MERCEDES CASTILLO

            DEBTOR(S)
_____/
```

**NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

YOU ARE HEREBY NOTIFIED that the Debtor's Motion to Modify Confirmed Plan has been continued to November 19, 2013 at 9:00 AM, at 51 South West First Avenue, Courtroom 1410, Miami, Florida 33130.

I HEREBY CERTIFY that a true copy and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 25  day of OCTOBER  , 2013.

```
                            NANCY K. NEIDICH
                            STANDING CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 279806
                            MIRAMAR, FL  33027-9806
                            TELEPHONE: (954) 443-4402


                                /s
                        By:  _____
                             NANCY K. NEIDICH
```

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
ERICK MANUEL CASTILLO & ANA MERCEDES CASTILLO
8515 NW 3RD LANE
APT 1103
MIAMI, FL  33126

**Attorney for Debtor(s)**
MATT BAYARD, ESQUIRE
LEGAL SERVICES OF GREATER MIAM
3000 BISCAYNE BLVD, SUITE 500
MIAMI, FL 33137



AMERICA'S SERVICING COMPANY
1200 WEST 7 STREET
SUITE L-2-200
LOS ANGELES, CA  90017

THE GABLES II TOWNHOMES COA
%MATTHEW ESTEVEZ, ESQ
777 BRICKELL AVE #1114
MIAMI, FL  33131

SANTANDER CONSUMER USA INC
POB 560284
DALLAS, TX  75356

UNSECURED RESERVE



DOUGLAS C. ZAHM, P.A.
12425 28TH STREET NORTH
SUITE 200
ST. PETERSBURG, FL  33716

SANTANDER CONSUMER USA
POB 961245
FT WORTH, TX  76161

PRA, LLC
POB 41067
NORFOLK, VA  23541