United States Bankruptcy Court
Southern District of Florida

```
In re:                                                          Case No. 13-11914-AJC
Erick Manuel Castillo                                           Chapter 13
Ana Mercedes Castillo
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: reynoldsm          Page 1 of 1          Date Rcvd: Nov 22, 2013
                              Form ID: pdf004          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2013.
db/jdb       +Erick Manuel Castillo,   Ana Mercedes Castillo,   8515 NW 3rd Lane Apt. 1103,
              Miami, FL 33126-3865

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2013                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2013 at the address(es) listed below:
              Kenneth W. Lockwood, Esq.   on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Sound view Home Loan Trust 2006-3 bk@dczahm.com
              Matthew T Bayard    on behalf of Debtor Erick Manuel Castillo mbayard@lsgmi.org.
              Matthew T Bayard    on behalf of Joint Debtor Ana Mercedes Castillo mbayard@lsgmi.org.
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 5



**ORDERED in the Southern District of Florida on November 21, 2013.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re   Erick M. Castillo & Ana M. Castillo           Case No. 13-11914-AJC
                                                      Chapter 13
_____Debtors_____/

### ORDER GRANTING DEBTORS' MOTION TO APPROVE MORTGAGE LOAN MODIFICATION

THIS CAUSE came to be heard on November 19, 2013, on Debtor's Motion to Approve Mortgage Loan Modification [ECF #67] and it is **ORDERED** as follows**:**

1. There being no objection from the Trustee or other parties in interest, the Motion to Approve Mortgage Loan Modification is hereby GRANTED.

2. The Debtors are authorized to modify the terms of their mortgage loan with servicer America's Servicing Company, which is secured by the real property located at 8515 NW 3rd Lane, Unit 1103, Miami, Florida, 33126, in accordance with the terms of the Loan modification proposal dated October 14, 2013, which is attached as "Exhibit A" to Debtor's Motion to Approve Mortgage Loan Modification.

# # #

Attorney Matt Bayard Esq. is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order.

Case 13-11914-AJC    Doc 73    Filed 11/24/13    Page 3 of 3