

**ORDERED in the Southern District of Florida on September 26, 2014.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ERICK MANUEL CASTILLO
AND ANA MERCEDES CASTILLO,                    Case no. 13-11914-BKC-AJC
                                              Chapter 13

_____Debtor(s)._____/

**ORDER GRANTING**
**SANTANDER CONSUMER USA INC. RELIEF FROM STAY**

**THIS CAUSE** came before the Court on September 23, 2014 at 9:00
a.m. on Santander Consumer USA Inc.'s Motion for Relief from Stay
(DE #76).  Upon consideration of the motion and the record, it is

**ORDERED** that:

1.  The Motion for Relief from Stay filed by Santander Consumer
USA Inc.  ("Santander") is <u>GRANTED</u> and the stay imposed pursuant to
11 U.S.C. Section 362 is modified so as to allow Santander to
repossess or replevy **2009 TOYOTA COROLLA 4 CYL SEDAN 4D, VIN
2T1BU40E89C029247** (account no. xxxx4339) (salvage), to sell the

vehicle (salvage), collect on any applicable insurance, and to apply the proceeds of the sale of the vehicle and/or insurance proceeds to the amount owed to Santander.

2.  The stay is modified for the purpose of allowing Santander to obtain and sell the vehicle (salvage), collect on any applicable insurance and to apply the proceeds of the sale and/or insurance proceeds to the indebtedness owed to Santander or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies.  Santander shall not seek nor obtain any in personam judgment against the debtor.

3.  Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Santander may immediately enforce and implement this order granting relief from the automatic stay.

###

Copies furnished via ECF to:
Gerard M. Kouri, Jr., Esq., counsel for Santander
Nancy K. Neidich, trustee
Matthew T. Bayard, Esq., attorney for debtors

Attorney Kouri is directed to mail a conformed copy of this Order to Erick Manuel Castillo and Ana Mercedes Castillo, debtors immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.