```
                            United States Bankruptcy Court
                            Southern District of Florida
In re:                                                           Case No. 13-11914-AJC
Erick Manuel Castillo                                            Chapter 13
Ana Mercedes Castillo
        Debtors
                                    CERTIFICATE OF NOTICE
District/off: 113C-1           User: oriol-ben              Page 1 of 2              Date Rcvd: Nov 12, 2014
                               Form ID: pdf001              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2014.
db/jdb        +Erick Manuel Castillo,    Ana Mercedes Castillo,    8515 NW 3rd Lane Apt. 1103,
                Miami, FL 33126-3865
cr            +Deutsche Bank National Trust Company, as Trustee f,    Douglas C Zahm P.A,
                12425 28th Street North Ste 200,    St Petersburg, FL 33716-1826
cr            +Santander Consumer USA Inc.,    c/o Gerard M. Kouri, Jr., P.A.,    5311 King Arthur Ave,
                Davie, FL 33331-3340
91316693      +America's Servicing Company,    Attention: Bankruptcy Department,    MAC#D3347-014,
                3476 Stateview Blvd,    Fort Mill, SC 29715-7203
91452625      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                El Segundo, CA 90245-3504
91044713      +Continental Financial LLC,    121 Continental Dr.,    Ste. 108,   Newark, DE 19713-4347
91044718      +Focus Recievables Management,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
91044719       Franklin Collection Service,    2978 W. Jackson St,    Tupelo, MS 38801-6731
91044723       ICUL Service Corporation,    1807 W Diehl Road,    Naperville, IL 60563-1890
91044727      +National Credit Adjusters,    327 W. 4th Ave.,    Hutchinson, KS 67501-4842
91044729      +Receivable Management,    14675 Martin Drive,    Eden Prairie, MN 55344-2004
91044732      +The Gables II Townhomes,    Condominium Association Inc.,    c/o Matthew Estevez Esq.,
                777 Brickell Ave., Suite 1114,    Miami, FL 33131-2867
91044733     #+Trident Asset Management LLC,    5755 Northpoint Parkway,    Suite 12,
                Alpharetta, GA 30022-1136
91044707     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:   America's Servicing Company,    8480 Stagecoach Cir.,
                Frederick, MD 21701-4747)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Nov 13 2014 01:33:00      Florida Department of Revenue,    POB 6668,
                Bankruptcy Division,    Tallhassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 13 2014 01:41:24      Office of the US Trustee,
                51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
91044706      +EDI: AFNIRECOVERY.COM Nov 13 2014 01:33:00      Afni, Inc.,    404 Brock Dr.,
                Bloomington, IL 61701-2654
91044708      +EDI: AFNIRECOVERY.COM Nov 13 2014 01:33:00      Anderson Financial,    P.O. Box 3097,
                Bloomington, IL 61702-3097
91044709       EDI: CAPITALONE.COM Nov 13 2014 01:33:00      Capital One,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
91044710      +EDI: CAPITALONE.COM Nov 13 2014 01:33:00      Capital One,    P. O. Box 5253,
                Carol Stream, IL 60197-5253
91044711      +E-mail/Text: coafinternalbkteam@capitalone.com Nov 13 2014 01:42:44
                Capital One Auto Finance,    3905 Dallas Parkway,    Plano, TX 75093-7892
91044714      +EDI: RCSFNBMARIN.COM Nov 13 2014 01:33:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
91044715       EDI: CREDPROT.COM Nov 13 2014 01:33:00      Credit Protection,    PO Box 802068,
                Dallas, TX 75380-2068
91044716      +E-mail/Text: bknotice@erccollections.com Nov 13 2014 01:41:39      Enhanced Recovery Co LLC,
                8014 Bayberry Road,    Jacksonville, FL 32256-7412
91044717       EDI: AMINFOFP.COM Nov 13 2014 01:33:00      First Premier Bank,    3820 North Louise Avenue,
                Sioux Falls, SD 57107-0145
91044720      +EDI: RMSC.COM Nov 13 2014 01:33:00      GE Capital/Walmart,    P.O. Box 965024,
                Orlando, FL 32896-5024
91044721       EDI: RMSC.COM Nov 13 2014 01:33:00      GECRB/JC Penney,    P.O. Box 965005,
                Orlando, FL 32896-5005
91044722       EDI: IIC9.COM Nov 13 2014 01:33:00      I.C. Systems, Inc,    444 Highway 96 E,
                Saint Paul, MN 55127-2557
91044725       EDI: RESURGENT.COM Nov 13 2014 01:33:00      LVNV Funding LLC,    P. O. Box 10584,
                Greenville, SC 29603-0584
91044724      +EDI: RESURGENT.COM Nov 13 2014 01:33:00      LVNV Funding LLC,    P.O. Box 10497,
                Greenville, SC 29603-0497
91457132       EDI: RESURGENT.COM Nov 13 2014 01:33:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
91459690       EDI: RESURGENT.COM Nov 13 2014 01:33:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
91044726       EDI: MID8.COM Nov 13 2014 01:33:00      Midland Credit Management,    8875 Aero Dr., Ste. 200,
                San Diego, CA 92123-2255
91044728       EDI: PRA.COM Nov 13 2014 01:33:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                Ste. 100,    Norfolk, VA 23502
91377142       EDI: PRA.COM Nov 13 2014 01:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
91114363      +E-mail/Text: csidl@sbcglobal.net Nov 13 2014 01:42:06      Premier Bankcard/Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
```

```
District/off: 113C-1          User: oriol-ben              Page 2 of 2           Date Rcvd: Nov 12, 2014
                              Form ID: pdf001              Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
91044731      +EDI: DRIV.COM Nov 13 2014 01:33:00      Santander Consumer USA,    5201 Rufe Snow Drive,
               North Richland Hills, TX 76180-6036
91071735       EDI: DRIV.COM Nov 13 2014 01:33:00      Santander Consumer USA,    P.O. Box 560284,
               Dallas, TX 75356-0284
91044730       EDI: DRIV.COM Nov 13 2014 01:33:00      Santander Consumer USA,    P.O. Box 961245,
               Fort Worth, TX 76161-0244
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91044712     ##+CBE GROUP,    131 Tower Park Dr.,   Ste. 100,   Waterloo, IA 50701-9374
                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2014 at the address(es) listed below:
```
              Gerard M Kouri Jr., Esq    on behalf of Creditor    Santander Consumer USA Inc.
               gmkouripaecf@gmail.com,  gmkouri@bellsouth.net
              Kenneth W. Lockwood, Esq.    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Trustee for Sound view Home Loan Trust 2006-3 bk@dczahm.com
              Matthew T Bayard    on behalf of Debtor Erick Manuel Castillo mbayard@lsgmi.org.,
               mcabrera@lsgmi.org
              Matthew T Bayard    on behalf of Joint Debtor Ana Mercedes Castillo mbayard@lsgmi.org.,
               mcabrera@lsgmi.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                                TOTAL: 6
```



**ORDERED in the Southern District of Florida on November 10, 2014.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                                              CASE NO: 13-11914-BKC-AJC
ERICK MANUEL CASTILLO
ANA MERCEDES CASTILLO
              DEBTOR(S)
_____/

### ORDER DENYING DEBTOR'S RENEWED MOTION TO MODIFY PLAN AND DISMISSING CHAPTER 13 CASE

THIS CASE came on to be heard on October 21, 2014, for Debtor(s) Motion to Modify Plan (ECF #80), and based on the record, it is  ORDERED as follows:

  1. The Motion to Modify Plan is denied without prejudice.

  2. This case is hereby dismissed with prejudice to the Debtor(s) filing any bankruptcy proceedings for a period of six (6) months from the date hereof as debtor(s) did not provide 2013 tax returns within the seven day deadline.

  2.  Any funds remaining in the possession of the Standing

Chapter 13 Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Chapter 13 Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding.  The Trustee is hereby authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor(s), the Debtor(s) shall forthwith pay directly to the Clerk of the United States Bankruptcy Court any amount due and owing on said filing fees or other costs.

    3.  All pending motions be, and the same are hereby, denied as moot.

    4.  All motions to reopen or reinstate Chapter 13 cases and motions to rehear, reconsider or vacate orders dismissing Chapter 13 cases shall only be scheduled for hearing conditioned upon (i) the Debtor's attorney attaching to the motion a certificate which states the Debtor has tendered to the attorney all funds required to be paid under the Debtor's Chapter 13 plan to bring the plan current and that said funds are in the attorney's trust account, or (ii) the pro se Debtor attaching to the motion a photocopy of the cashiers check(s), made payable to the Chapter 13 Trustee, which will be tendered to the Chapter 13 Trustee to bring the plan current if the motion(s) is/are heard and the Court reopens or reinstates the Chapter 13 case.

    5.  If the certification or photocopies required in Paragraph 5 of this order are attached to the motion(s), the

motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider, or vacate orders dismissing Chapter 13 cases will be scheduled for hearing before the respective Bankruptcy Judge at the monthly Chapter 13 calendar.

6. If the certification or photocopies required in Paragraph 5 of this order are not attached to the motion(s), the motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider or vacate orders dismissing Chapter 13 cases will be denied without further notice or hearing.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

THE CLERK OF COURTS, is directed to mail a conformed copy of this Order to all creditors and interested parties immediately upon receipt thereof.